# FILED

MAR 7 2008 NF

Mar 7, 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EUROMARKET DESIGNS, INC.<br>d/b/a CRATE & BARREL,<br><br>             Plaintiff,<br><br>Vs.<br><br>PINNACLE MARKETING GROUP<br>CORP., d/b/a CRATE&HOME<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **08CV1442**<br>    **JUDGE GUZMAN**<br>    **MAGISTRATE JUDGE MASON**<br><br>    JURY TRIAL DEMANDED |

## COMPLAINT FOR SERVICE MARK/TRADE NAME INFRINGEMENT, CYBERSQUATTING AND RELATED OFFENSES

Plaintiff, Euromarket Designs, Inc., d/b/a Crate & Barrel (hereinafter "Crate & Barrel"), complaining of the Defendant, Pinnacle Marketing Group Corp., d/b/a Crate&Home (hereinafter "Crate&Home"), alleges as follows:

1.  Plaintiff Crate & Barrel is a corporation duly organized and existing under the laws of the State of Illinois, having its principal place of business in this district at 1250 Techny Road, Northbrook, Illinois 60062.

2.  Upon information and belief, Defendant Crate&Home is a New York corporation having a business address at 1273 Coney Island Ave., Brooklyn, New York 11230.

3.  Upon information and belief, Defendant Crate&Home transacts business in the State of Illinois and in this district, and has committed tortious acts within this district causing injury to Plaintiff Crate & Barrel in this district.

CH1 11430661.1

4.      This action is based on and arises out of Defendant Crate&Home's adoption and use of the service mark/trade name CRATE&HOME and its use and registration of same as a domain name. In willful and malicious disregard of Plaintiff's rights, Defendant Crate&Home adopted and used the service mark/trade name CRATE&HOME to market Defendant's home appliances and used and registered the domain name "www.crateandhome.com" (hereinafter, the "Domain Name") in violation of federal and state statutes.

5.      This Court has subject matter jurisdiction of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332 and 1338. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and § 1391(c).

6.      Plaintiff Crate & Barrel is a leading and well-known retailer of home furnishings, including housewares, cookware, furniture, tableware, small appliances, bed linens, bath linens, and gift items. It has exclusively used the CRATE & BARREL service mark for over 40 years in connection with its business. Plaintiff Crate & Barrel is the owner of several incontestible federal service mark registrations including U.S. Service Mark Registration Nos. 1,469,514, 1,469,515, 1,512,732, 2,205,822, and 2,205,823. Copies of these incontestible service mark registrations are attached hereto as Exhibit 1. The trade name and service mark CRATE & BARREL has become one of the most well-known, celebrated and recognized names, service marks, and trade names in the United States.

7.      Plaintiff Crate & Barrel also uses the CRATE&HOME service mark to market its retail services. Plaintiff Crate & Barrel is the owner of U.S. Service Mark Application No. 77/414174 for the CRATE&HOME service mark.

- 2 -

8.    Plaintiff Crate & Barrel's home furnishings sold under the CRATE & BARREL service mark are advertised extensively throughout the United States. Plaintiff Crate & Barrel's products appear regularly in magazines, newspapers, brochures, catalogs, and other promotional pieces. Such extensive advertising, promotion and the like has resulted in the CRATE & BARREL name becoming one of the most famous, celebrated and well-regarded service marks. The CRATE & BARREL name is readily recognized by the public as the name of Plaintiff Crate & Barrel and represents the quality products and services offered by Plaintiff Crate & Barrel.

9.    Defendant Crate&Home markets home appliances at its web site located at the Domain Name ("Web Site"). Some of the products marketed by Defendant Crate&Home at the Web Site are identical to those offered for sale by Plaintiff Crate & Barrel in connection with its CRATE & BARREL and CRATE&HOME service marks. For example, both Defendant Crate&Home and Plaintiff Crate & Barrel market coffee appliances and grills. See printed copies of web pages from Defendant's Web Site attached as Exhibit 2 and printed copies of web pages from Plaintiff's Web Site attached as Exhibit 3.

10.    Unbeknownst at the time to Plaintiff Crate & Barrel, Defendant Crate&Home applied for and obtained registration of for the Domain Name on August 6, 2007 through the registrar REGISTER.COM, Inc. See Exhibit 4. At the time Defendant Crate&Home obtained this domain name registration, Defendant Crate&Home was well aware that Plaintiff Crate & Barrel is a leading and well-known retailer and that the trade name and service mark CRATE & BARREL is a famous name and mark owned by Plaintiff Crate & Barrel. Notwithstanding such knowledge, Defendant Crate&Home obtained the registration for the Domain Name.

CHI 11430661.1

11.    Defendant Crate&Home's use of the service mark/trade name CRATE&HOME and registration of the www.crateandhome.com domain name dilutes and tarnishes the famous CRATE & BARREL service mark and is likely to cause confusion, mistake and deception as to the source and origin of Defendant Crate&Home's goods advertised on its Web Site.

12.    In fact, Plaintiff Crate & Barrel is aware of at least one instance of actual confusion as to the source and origin of the goods advertised on the Web Site.

### COUNT I

13.    Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-12 above as though fully set forth herein.

14.    Defendant Crate&Home's use of the CRATE&HOME service mark/tradename and the Domain Name is likely to cause consumer confusion, or cause mistake, or to deceive consumers as to the affiliation, connection or association of Defendant Crate&Home with Plaintiff Crate & Barrel, or as to the origin, sponsorship, or approval of the services or commercial activities of Defendant Crate&Home.

15.    Defendant Crate&Home's acts constitute service mark/trade name infringement and have caused and will continue to cause irreparable harm and injury to Plaintiff Crate & Barrel and to the business and goodwill represented by the CRATE & BARREL service mark.

16.    Defendant Crate&Home's use of the CRATE&HOME service mark/trade name and registration of the Domain Name constitute infringement of Plaintiff Crate & Barrel's incontestible federal service mark registrations and in violation of 15 U.S.C. § 1114.

17.     By reason of the foregoing, Plaintiff Crate & Barrel is being irreparably harmed and will continue to be so harmed by the activities of Defendant Crate&Home unless each of them is immediately and permanently enjoined and restrained from infringing the service mark rights of Plaintiff Crate & Barrel.

## COUNT II

18.     Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-17 above as though fully set forth herein.

19.     Such acts and activities by Defendant Crate&Home constitutes false description and representation and false designation of origin in violation of 15 U.S.C. § 1125(a).

20.     By reason of all of the foregoing, Plaintiff Crate & Barrel is being damaged irreparably and will continue to be so damaged by the activities of Defendant Crate&Home unless Defendant Crate&Home is immediately and permanently enjoined and restrained from using the CRATE&HOME service mark/trade name.

## COUNT III

21.     Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-22 above as though fully set forth herein.

22.     The acts of Defendant Crate&Home complained of herein represent a commercial use of a mark in commerce which dilutes the distinctive quality of Plaintiff Crate & Barrel's famous CRATE & BARREL  mark causing irreparable harm to Plaintiff Crate & Barrel, all in violation of 15 U.S.C. § 1125(c).

CH 11430661.1

23.     Defendant Crate&Home, in using and registering the www.crateandhome.com domain name has willfully intended to trade on the reputation of Plaintiff Crate & Barrel and to cause dilution of the famous CRATE & BARREL mark.

24.     By reason of the foregoing, Plaintiff Crate & Barrel is suffering severe irreparable harm and is entitled to injunctive relief against Defendant Crate&Home restraining further use of the CRATE&HOME service mark/trade name and dilution of the famous CRATE & BARREL service mark, transfer of the www.crateandhome.com domain name to Plaintiff Crate & Barrel, and the recovery of damages caused by Defendant Crate&Home's use and registration of the Domain Name.

## COUNT IV

25.     Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-26 above as though fully set forth herein.

26.     Defendant Crate&Home's use and registration of the Domain Name constitutes cybersquatting and is a violation of 15 U.S.C. § 1125(d) of the Lanham Act, 15 U.S.C. § 1051 et seq, as amended by the Anticybersquatting Consumer Protection Act of 1999.

27.     The Domain Name is, for all intents and purposes, confusingly similar to and dilutive of Plaintiff Crate & Barrel's CRATE AND BARREL service mark.

28.     Plaintiff Crate & Barrel's CRATE AND BARREL service mark is incontestible and was distinctive and famous at the time of registration of the Domain Name.

29.     Defendant Crate&Home had and has a bad faith intent to profit from and harm Plaintiff Crate & Barrel's CRATE AND BARREL service mark. Facts evidencing Defendant's bad faith include:

(a)     Defendant Crate&Home has not used the Domain Name in connection with the *bone fide* offering of any goods or services; and

(b)     By registering the Domain Name and using the Domain Name in connection with Defendant Crate&Home's Web site, Defendant Crate&Home acted to intentionally divert Internet users seeking Plaintiff Crate & Barrel's official goods and services.

30.     On information and belief, Defendant Crate&Home willfully undertook the foregoing acts with knowledge of and disregard for Plaintiff Crate & Barrel's rights.

31.     Defendant Crate&Home's foregoing acts have caused, are causing, and will cause, great and irreparable injury to Plaintiff Crate & Barrel. Unless such acts are restrained by this Court, Plaintiff Crate & Barrel will continue to suffer such injury.

## COUNT V

32.     Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-33 above as though fully set forth herein.

33.     The acts of Defendant Crate&Home complained of herein are likely to injure the business reputation of and dilute the distinctive quality of the CRATE & BARREL service mark, the CRATE & BARREL trade name and celebrity thereof. Such acts constitute dilution under 765 ILCS § 1035/15.

- 7 -

## COUNT VI

34.    Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-35 above as though fully set forth herein.

35.    The acts of Defendant Crate&Home complained of herein constitute service mark infringement in violation of Plaintiff Crate & Barrel's rights under the common law of the State of Illinois and elsewhere.

## COUNT VII

36.    Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-37 above as though fully set forth herein.

37.    Defendant Crate&Home's acts as complained of herein constitute deceptive business and trade practices in violation of 815 ILCS 505/1 et. seq. and 815 ILCS 510/2 et. seq.

## COUNT VIII

38.    Plaintiff Crate & Barrel repeats and realleges each of the allegations contained in Paragraphs 1-39 above as though fully set forth herein.

39.    Defendant Crate&Home's activities complained of herein constitute interference with the prospective business relationships and advantages of Plaintiff Crate & Barrel both with its customers and with REGISTER.COM, Inc., under the common law of the State of Illinois and elsewhere.

- 8 -

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Crate & Barrel prays:

A.    For an injunction preliminarily and permanently enjoining and restraining Defendant Crate&Home from using the CRATE&HOME service mark/trade name, any colorable limitation of the CRATE&HOME service mark/trade name, the www.crateandhome.com domain name, and any other domain name or name which causes or is likely to cause dilution of Plaintiff's CRATE & BARREL service mark;

B.    That Defendant Crate&Home be required to relinquish the domain name registration of www.crateandhome.com and be further required to transfer such registration to Plaintiff Crate & Barrel;

C.    That the Court award to Plaintiff Crate & Barrel a monetary sum adequate to compensate Plaintiff Crate & Barrel for the damages suffered by it for a wrongful acts of Defendant Crate&Home complained of herein;

D.    That the Court award punitive and exemplary damages against Defendant Crate&Home in favor of Plaintiff Crate & Barrel by reason of Defendant Crate&Home's deliberate, willful and intentional conduct;

E.    That any monetary judgment entered against Defendant Crate&Home be trebled;

F.    That the Court award to Plaintiff Crate & Barrel statutory damages to compensate Plaintiff Crate & Barrel for the damages suffered by it for a wrongful acts of Defendant Crate&Home in violation of 15 U.S.C. § 1125(d) and complained of herein;

G.    That Plaintiff Crate & Barrel be awarded the costs of this action and its reasonable attorney's fees; and

H.    That Plaintiff Crate & Barrel have such other and further relief as the

Court may be deemed just and proper under the circumstances.

Attorneys For Plaintiff
EUROMARKET DESIGNS, INC. d/b/a
CRATE & BARREL

George H. Gerstman #942312
Bart A. Lazar  #6195086
SEYFARTH SHAW
131 South Dearborn St., Suite 2400
Chicago, Illinois 60603
(312) 460-5000

#10361681 v1

- 10 -

CHI 11430661.1

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,469,514
Registered Dec. 15, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

# Crate&Barrel

EUROMARKET DESIGNS, INC. (ILLINOIS CORPORATION)
725 LANDWEIR ROAD
NORTHBROOK, IL 60062

FOR: RETAIL STORE AND MAIL ORDER SERVICES SUPPLYING GLASSWARE, TABLE-WARE, PLATES, SAUCERS, CUPS, SERVING KNIVES, FORKS, SPOONS, GLASSES, SERVING TRAYS, VASES, BOWLS, IMPORTED GIFT ITEMS, ELECTRIC APPLIANCES, FURNITURE, RUGS, BED LINENS, BATH LINENS, KITCHEN TOWELS, POTHOLDERS, BAKEWARE, COOKWARE, BAKING/COOKING GADGETS, PLASTIC/LUCITE/POLYURE-THANE ITEMS BASKETS AND BAS-KETWARE, CERAMICS, CHRISTMAS ORNA-MENTS, TABLECLOTHS, PLACEMATS, NAP-KINS, WRAPPING PAPERS, CARDS, TIES, DESK ACCESSORIES, PICNIC ACCESSORIES, BARBECUES AND BARBECUE ACCESSORIES, GARDENING TOOLS AND ACCESSORIES, BEACH CHAIRS, UMBRELLAS, TABLES, WOODEN ITEMS, WINE RACKS AND STOR-AGE CONTAINERS, IN CLASS 42 (U.S. CL. 101).

FIRST USE 12-1-1962; IN COMMERCE 12-1-1962.

OWNER OF U.S. REG. NO. 847,179.

SER. NO. 649,662, FILED 3-16-1987.

G. MAYERSCHOFF, EXAMINING ATTORNEY

EXHIBIT 1

Int. Cl.: 42

Prior U.S. Cl.: 101

# United States Patent and Trademark Office

Reg. No. 1,469,515
Registered Dec. 15, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## CRATE AND BARREL

EUROMARKET DESIGNS, INC. (ILLINOIS CORPORATION)
725 LANDWEIR ROAD
NORTHBROOK, IL 60062

FOR: RETAIL STORE AND MAIL ORDER SERVICES SUPPLYING GLASSWARE, TABLE-WARE, PLATES, SAUCERS, CUPS, SERVING KNIVES, FORKS, SPOONS, GLASSES, SERV-ING TRAYS, VASES, BOWLS, IMPORTED GIFT ITEMS, ELECTRIC APPLIANCES, FUR-NITURE, RUGS, BED LINENS, BATH LINENS, KITCHEN TOWELS, POTHOLDERS, BAKEWARE, COOKWARE, BAKING/COOK-ING GADGETS, PLASTIC/LUCITE/POLYURE-THANE ITEMS, BASKETS AND BAS-KETWARE, CERAMICS, CHRISTMAS ORNA-MENTS, TABLECLOTHS, PLACEMATS, NAP-KINS, WRAPPING PAPERS, CARDS, TIES, DESK ACCESSORIES, PICNIC ACCESSORIES, BARBEQUES AND BARBEQUE ACCESSORIES, GARDENING TOOLS AND ACCESSORIES, BEACH CHAIRS, UMBRELLAS, TABLES, WOODEN ITEMS, WINE RACKS AND STOR-AGE CONTAINERS, IN CLASS 42 (U.S. CL. 101).
FIRST USE 12-1-1962; IN COMMERCE 12-7-1962.
OWNER OF U.S. REG. NO. 847,179.

SER. NO. 649,663, FILED 3-16-1987.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: **21**

Prior U.S. Cls.: **2, 30 and 33**

United States Patent and Trademark Office

Reg. No. 1,512,732
Registered Nov. 15, 1988

TRADEMARK
PRINCIPAL REGISTER

# Crate&Barrel

EUROMARKET DESIGNS, INC. (ILLINOIS CORPORATION)
725 LANDWEIR ROAD
NORTHBROOK, IL 60062

FOR: PLATES; SAUCERS; CUPS; SERVING TRAYS; VASES; BOWLS; BAKEWARE; COOKWARE; WINE RACKS; FOOD STORAGE CONTAINERS; AND GLASSWARE, NAMELY, PITCHERS AND BEVERAGEWARE, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 12-1-1962; IN COMMERCE 12-1-1962.

OWNER OF U.S. REG. NOS. 847,179, 1,469,514, AND 1,469,515.

SER. NO. 705,612, FILED 1-14-1988.

CANDICE ABATE, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,205,822

Registered Nov. 24, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## CRATE & BARREL

EUROMARKET DESIGNS, INC. (ILLINOIS CORPORATION)
725 LANDWEHR ROAD
NORTHBROOK, IL 60062

FOR: FURNITURE, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.
OWNER OF U.S. REG. NOS. 1,469,514, 1,469,515, AND 1,512,732.

SER. NO. 75–413,620, FILED 1–5–1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,205,823

Registered Nov. 24, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

# CRATE & BARREL

EUROMARKET DESIGNS, INC. (ILLINOIS CORPORATION)
725 LANDWEHR ROAD
NORTHBROOK, IL 60062

FOR: RETAIL STORE AND MAIL ORDER SERVICES SUPPLYING FURNITURE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.

OWNER OF U.S. REG. NOS. 1,469,514, 1,469,515, AND 1,512,732.

SER. NO. 75–413,622, FILED 1–5–1998.

JENNIFER DIXON, EXAMINING ATTORNEY



# CRATE&HOME
Your life, your style, your home

**Free Shipping** FREE SHIPPING

Search this site
Search manufacturers | Se

Faucets and Sinks | Cookware | Dishwashers | Refrigeration | Laundry | Air Conditioning | Ba

Home > Backyard > BarBecue Grills > **Charcoal Grills and Smoker Grills**

| | |
|---|---|
| **Search Criteria** | **Sort By Price :** Select     **Pages : 1 |** |

**By Brand**
Weber (5)

**By Price Range**
$1 - $99 (1)
$100 - $199 (2)



**Weber - 441001**
Weber One Touch 441001 18.5" One-Touch Silver Charcoal Grill with Heav
Duty Plated Steel Cooking Grate and Crackproof All-Weather Wheels
**Model:** 441001
**FREE SHIPPING**



**Weber - 451001**
Weber One Touch 451001 18.5" One-Touch Gold Charcoal Grill with High-
Capacity Ash Catcher and Hinged Cooking Grate
**Model:** 451001
**FREE SHIPPING**



**Weber - 10020**
Weber 10020 14.5" Smokey Joe Silver Portable Charcoal Grill with Heavy-
Plated Steel Cooking Grate and No-Rust Aluminum Vent
**Model:** 10020
**FREE SHIPPING**



**Weber - 757001**
Weber One Touch 757001 22.5" One-Touch Gold Charcoal Grill with High-
Capacity Ash Catcher and Hinged Cooking Grate
**Model:** 757001
**FREE SHIPPING**



**Weber - 758001**
Weber One Touch 758001 22.5" One-Touch Gold Charcoal Grill with High-
Capacity Ash Catcher and Hinged Cooking Grate
**Model:** 758001
**FREE SHIPPING**

**Sort By Price :** Select                    **Pages : 1 |**

**EXHIBIT 2**

About Us  |  Rebates / Rebate Center  |  Terms & Conditions  |  Return Policy  |  Privacy Policy  |  FAQ  |  Contact Us

    

ABOUT SSL
CERTIFICATES

 **Free Shipping** 

Search this site

Search manufacturers | Searc

Faucets and Sinks | Cookware | Dishwashers | Refrigeration | Laundry | Air Conditioning | Bac

Home > Cookware > Coffee Systems

**Search Criteria**

Sort By Price : Select

Pages : 1 |

**By Brand**
Ariston (1)
Bosch (2)

**Width**
14" - 19" (2)

**Depth**
22" - 25" (2)

**Height**
< 18" (2)

**Watts**
1300 (2)



**Bosch - TCA6001UC**
Bosch TCA6001UC Benvenuto B20 Fully-Automatic Freestanding Coffee Machine with Separate Chambers for Coffee Beans and Ground Coffee, Easy to-Use Symbol Display & Built-in Cup Heater
**Model:** TCA6001UC
**FREE SHIPPING**



**Bosch - TCA6301UC**
Bosch TCA6301UC Benvenuto B30 Fully-Automatic Freestanding Coffee Machine with Separate Chambers for Coffee Beans and Ground Coffee, Easy to-Use Digital Display & Built-in Cup Heater
**Model:** TCA6301UC
**FREE SHIPPING**



**Ariston - MCA15PNA**
Ariston 21 1/5" Built-in Coffee Center with Touch-Through Stainless Steel Controls: Plumbed
**Model:** MCA15PNA
**FREE SHIPPING**

Sort By Price : Select

Pages : 1 |

About Us | Rebates / Rebate Center | Terms & Conditions | Return Policy | Privacy Policy | FAQ | Contact Us

  

# Crate&Barrel

## Kitchen Accessories   Home / Kitchen Accessories / Grills and Accessories

Prices and availability are subject to change from the time and date that you print this page. 3/7/2008 1:56:39 PM
For Customer Service, please call 800-967-6696.

View 12 items per page in Grills and Accessories



Weber ® Performer
Grill
$299.95



Weber ® Vinyl Grill
Cover
$49.95



Weber ® Smokey
Joe Grill
$49.95



Mini Grill in Cooler
Bag
$29.95

*Ready to Assemble*



Mini Magnetic Grill
Light
$16.95



Charcoal Chimney
$12.95



Rectangular Cast
Iron Grill Press
$21.95



Non-Stick Grill Grid
$12.95



Grill Basket with Lid
$24.95



Flexible Grill Basket
$17.95



Sausage/Hot Dog
Griller
$19.95



Armetale ® Grill
Pans
$18.95 - $29.95









**EXHIBIT 3**

Pizza Grilling Stone
$36.95

Dillan Barbecue
Tools
$16.95 each

Pakka Wood-
Handled Grill Tool
Set
$99.95

On the Go Tool Set
$59.95






Portable Tool Set in
Case
$42.95

Stainless Steel
Barbecue Tools
$12.95
reg. $29.95

Digital Burger
Thermometer
$29.95

Stainless Steel and
Silicone Basting
Brush
$9.95






Hamburger Spatula
$16.95

Silicone Tongs
$14.95

Wavy Tongs
$9.95

Tongs
$12.95






Oxo ® Large
Stainless and Nylon
Tongs
$10.95

Stainless Steel
Utensils
$8.95 each

Pakka Wood-
Handled Steakhouse
Knives
$29.95

Two Prong Bamboo
Skewers
$9.95






Vegetable Skewers
$2.95 each

Applewood Grilling
Planks
$14.95

Cedar Grilling
Papers
$9.95

Bamboo Picks
$4.95



**Mini Instant Read Thermometer**
$19.95



**3-in-1 Grill Brush**
$7.95



**Silicone Mitt/Potholder**
$12.95 - $19.95



**Sizzle Pan Holder**
$6.95



**Fish Turner**
$12.95

View 12 items per page in Grills and Accessories

# Crate&Barrel

## Kitchen Accessories   Home / Kitchen Accessories / Coffee and Tea / Coffee Makers

Prices and availability are subject to change from the time and date that you print this page. 3/7/2008 1:09:51 PM
For Customer Service, please call 800-967-6696.

View 12 items per page in Coffee Makers



Cuisinart ® 14-Cup
Brew Central Coffee
Maker
$99.95
sugg. $185.00



DeLonghi ® Front
Access Coffee Maker
$49.95
sugg. $70.00



DeLonghi ®
Nespresso ®
Lattissima Coffee
Maker
$799.95
sugg. $1,120.00



Cuisinart ® Brew
Central Coffee
Maker
$79.95
sugg. $145.00



Cuisinart ® Grind
and Brew Thermal
Coffee Maker
$199.95
sugg. $365.00



Cuisinart ® Thermal
Coffee Maker
$79.95
sugg. $130.00



Krups ® Burr
Grinder-Coffee
Maker
$129.95
sugg. $160.00



DēLonghi ®
Magnifica Coffee
Center
$1,499.95
sugg. $2,100.00



Krups ® Combi
Pump Espresso-
Coffee Maker
$299.95
sugg. $375.00



Krups ® Combi
Espresso-Coffee
Maker
$99.95
sugg. $125.00



Thermique Coffee
Press
$49.95



Bodum ® Bistro
Double Wall Coffee
Press
$39.95







Bodum ®
Chambord 17-
Ounce French Press
$34.95

Bodum ®
Chambord 32-
Ounce French Press
$39.95

Krups ® #4 Natural
Paper Filters
$4.95

View 12 items per page in Coffee Makers



NetworkSolutions

**Call us 1-800-333-7680**      Sho

Login      Help

# WHOIS Search Results

Available **crateandhome** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) ✎

### Your WHOIS Search Results



**crateandhome.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

The data in Register.com's WHOIS database is provided to you by Register.com for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. Register.com makes this information available "as is," and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly



H

Get the power of a dedicated server at a fraction of the cost. 

Choose Your Domair Provider Wisely and Domains for $9.99/yr

Learn the do's and d search engine optimi Download our *Guide Found Online* now.

# Learn the S(
## of Search E
## Optimizatio

### Attend our
### SEO Ser

Learn



TOP SECRET

**EXHIBIT 4**

prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registrant:
  Pinnacle Marketing Group Corp.
  Pinnacle Marketing Group Corp.
  1202 Lexington Ave.
  New York, NY 10028

  Email: aesses22@yahoo.com

Registrar Name....: REGISTER.COM, INC.
Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: crateandhome.com

  Created on...........: Mon, Aug 06, 2007
  Expires on...........: Wed, Aug 06, 2008
  Record last updated on...: Fri, Oct 26, 2007

Administrative Contact:
  Pinnacle Marketing Group Corp.
  Pinnacle Marketing Group Corp.
  1202 Lexington Ave.
  New York, NY 10028

  Phone: +1.7187574972
  Email: aesses22@yahoo.com

Technical Contact:
  Registercom
  Domain Registrar
  575 8th Avenue
  New York, NY 10018

  Phone: +1.9027492701
  Email: domainregistrar@register.com

DNS Servers:

dns010.d.register.com
dns011.c.register.com
dns090.b.register.com
dns083.a.register.com

Visit AboutUs.org for more information about crateandhome.com



Help your custom
you. Take advant:
free ThinkLocal list



Join Now

It's sma
ThinkLo

Se:

SEARCH AGAIN

Enter a search term:

<A HREF="http://www.aboutus.org/crateandhome.com">AboutUs: crateandhome.com</A>

Register your domain name at http://www.register.com

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

e.g. networksolutions.co

**Search by:**
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**

| | |
|---|---|
| Current Registrar: | REGISTER.COM, INC. |
| IP Address: | 64.106.209.34 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW JERSEY-JERSEY CITY |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | Yes |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 24-Jan-2008 |




**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee




**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee









**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.