# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Euromarket Designs, Inc. d/b/a Crate & Barrel
v.
Pinnacle Marketing Group Corp.

08CV1442
JUDGE GUZMAN
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED

MAR 7 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*EVROMARKES DESIGNS, INC. d/b/a CRATE & BARREL*    Mar 7, 2008

| | |
|---|---|
| NAME (Type or print) <br> George H. Gerstman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ George H. Gerstman    *George H Gerstman /s/* | |
| FIRM <br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br> 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 942812 | TELEPHONE NUMBER <br> 312-460-5567 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐