U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Euromarket Designs, Inc. d/b/a Crate & Barrel
v.
Pinnacle Marketing Group Corp.

08CV1442
JUDGE GUZMAN
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Euromarket Designs, Inc. d/b/a Crate & Barrel

FILED
Mar 7, 2008 NF
MAR 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Bart A. Lazar |
| SIGNATURE | s/ Bart A. Lazar |
| FIRM | Seyfarth Shaw LLP |
| STREET ADDRESS | 131 S. Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER | 6195086 |
| TELEPHONE NUMBER | 312-460-5986 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐